# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    Jory T Hunt
    Nikia T Hunt
        Debtor(s)

Case No. 13-08532

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2013.

2) The plan was confirmed on 07/31/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/21/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 11/12/2014.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,947.53 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,947.53** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,385.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $417.79 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,802.79** |

Attorney fees paid and disclosed by debtor:    $115.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVOCATE MEDICAL GROUP | Unsecured | 99.99 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 1,668.04 | NA | NA | 0.00 | 0.00 |
| Allied Data Corporation | Unsecured | 299.97 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 444.14 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 315.18 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 12,556.59 | 12,556.59 | 12,556.59 | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 904.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 804.64 | 804.64 | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 423.00 | 515.79 | 515.79 | 0.00 | 0.00 |
| Cb South | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,376.00 | 1,320.00 | 1,320.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 450.58 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,261.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 400.00 | 324.40 | 324.40 | 0.00 | 0.00 |
| Conns Credit Corp | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Services | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 5,067.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,750.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,677.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,027.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MA( | Unsecured | 698.00 | 697.65 | 697.65 | 0.00 | 0.00 |
| EQUIDATA | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| Escallate LLC | Unsecured | 666.90 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | NA | 140.00 | 140.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GINNYS | Unsecured | 299.00 | 299.97 | 299.97 | 0.00 | 0.00 |
| Gregory J Barro & As | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF HUMAN SERVICES | Unsecured | 894.00 | 1,486.91 | 1,486.91 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 2,600.00 | 3,366.97 | 3,366.97 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 2,600.00 | 9,535.24 | 9,535.24 | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 758.65 | 758.65 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 450.00 | 360.98 | 360.98 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,395.31 | 3,398.87 | 3,398.87 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 82.53 | 82.53 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 2,880.00 | 2,880.46 | 2,880.46 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 224.72 | 224.72 | 0.00 | 0.00 |
| JEFFERSON CAPTIAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| LA Fitness | Unsecured | 174.40 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,997.00 | 1,711.64 | 1,711.64 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 274.17 | 274.17 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 475.00 | 448.29 | 448.29 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,052.00 | 2,052.46 | 2,052.46 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,140.00 | 1,002.60 | 1,002.60 | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Secured | NA | 718.00 | 0.00 | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | NA | 1,039.96 | 1,757.96 | 0.00 | 0.00 |
| Municollofam | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Municollofam | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 707.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 504.75 | 504.75 | 0.00 | 0.00 |
| Northeast Legal Grou | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| Northside Community Fc | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACILIT | Unsecured | 214.40 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CO LLC | Unsecured | 1,145.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT CO LLC | Secured | 6,300.00 | 8,526.24 | 8,526.24 | 4,607.07 | 208.03 |
| OakLawn Radiology Imaging Consultan | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 600.00 | 543.68 | 543.68 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 194.00 | 194.59 | 194.59 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,262.00 | 1,261.50 | 1,261.50 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 611.00 | 610.61 | 610.61 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 521.00 | 521.44 | 521.44 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 474.77 | 474.77 | 0.00 | 0.00 |
| Premier orthopaedic and Hand | Unsecured | 194.35 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 233.00 | 233.68 | 233.68 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 2,036.74 | 2,036.74 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,322.30 | 1,322.30 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,585.71 | 1,585.71 | 0.00 | 0.00 |
| Radiology Physicians | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Receivable Recovery Se | Unsecured | 1,048.00 | NA | NA | 0.00 | 0.00 |
| Southern Credit Recove | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| Southern Credit Recove | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| Southern Credit Recove | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Standard | Unsecured | 2,171.00 | NA | NA | 0.00 | 0.00 |
| Standard | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| Strn Cr Rec | Unsecured | 4,827.00 | NA | NA | 0.00 | 0.00 |
| Take care health Systems | Unsecured | 5.06 | NA | NA | 0.00 | 0.00 |
| Tele Recovery Of Lo | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Tele Recovery Of Lo | Unsecured | 1,243.00 | NA | NA | 0.00 | 0.00 |
| TITLEMAX OF ILLINOIS | Secured | 1,700.00 | 1,611.68 | 1,611.68 | 293.17 | 36.47 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 83.95 | 83.95 | 0.00 | 0.00 |
| Transfinanci | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Transfinanci | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| Transfinanci | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| United Healthcare | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 41,296.00 | 61,036.98 | 61,036.98 | 0.00 | 0.00 |
| VALUE AUTO MART | Unsecured | 9,712.00 | 9,441.41 | 9,441.41 | 0.00 | 0.00 |
| VALUE AUTO MART | Secured | 3,550.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,137.92 | $4,900.24 | $244.50 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,137.92** | **$4,900.24** | **$244.50** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $12,902.21 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,759.85 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$16,662.06** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$109,191.54** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $3,802.79 |
| Disbursements to Creditors | $5,144.74 |
| **TOTAL DISBURSEMENTS** : | **$8,947.53** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/03/2015                              By: /s/ Tom Vaughn
                                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**